IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | CRIMINAL NO. 06-30138-DRH |
| | ) | |
| THOMAS E. BEVINEAU, | ) | |
| | ) | |
| Defendant. | ) | |

### ORDER

Defendant's Motion for Extension of Time to File Document coming on to be heard:

IT IS HEREBY ORDERED that the defendant be granted an extension of time in which to file his Objections to the Presentence Report and his Notice Concerning the Presentence Report until April 13, 2007.

Dated this 30th day of March, 2007.

Enter:

/s/   David   RHerndon
Judge