IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | CRIMINAL NO. 06-30138-DRH |
| ) | |
| THOMAS E. BEVINEAU, ) | |
| ) | |
| Defendant. ) | |

### ORDER

Defendant's Motion to Continue Sentencing coming on to be heard;

IT IS HEREBY ORDERED that the defendant's sentencing is continued from April 20, 2007 and reset on June 15, 2007 at 11:00 a.m.

Dated this 11th day of April, 2007.

Enter:

/s/   David   RHerndon
Judge